# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE                                          NEWS RELEASE #063

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Opinions handed down on the **8th day of December, 2015**, are as follows:

**PER CURIAMS**:

2014-BA-2452          IN RE: COMMITTEE ON BAR ADMISSIONS CFN-52

After reviewing the evidence and considering the law, we conclude petitioner is eligible to be conditionally admitted to the practice of law in Louisiana, subject to a probationary period of one year. Should petitioner commit any misconduct during the period of probation, his conditional right to practice may be terminated or he may be subjected to other discipline pursuant to the Rules for Lawyer Disciplinary Enforcement.
CONDITIONAL ADMISSION GRANTED.

WEIMER, J., additionally concurs.

SUPREME COURT OF LOUISIANA

NO. 2014-BA-2452

IN RE: COMMITTEE ON BAR ADMISSIONS CFN-52

BAR ADMISSIONS PROCEEDING

PER CURIAM

Petitioner successfully passed the Louisiana Bar Examination. However, the Committee on Bar Admissions ("Committee") advised petitioner that it was unable to certify him for admission to the bar on character and fitness grounds relating to his failure to disclose three arrests on his law school application.

Petitioner then applied to this court for admission to the practice of law. We remanded the matter to the Committee on Bar Admissions Panel on Character and Fitness to conduct an investigation and appointed a commissioner to take character and fitness evidence. Following the proceedings, the commissioner filed his report with this court, recommending petitioner be admitted to the practice of law. The Committee objected to that recommendation, and oral argument was conducted before this court pursuant to Supreme Court Rule XVII, § 9(D)(11).

After reviewing the evidence and considering the law, we conclude petitioner is eligible to be conditionally admitted to the practice of law in Louisiana, subject to a probationary period of one year. Should petitioner commit any misconduct during the period of probation, his conditional right to practice may be terminated or he may be subjected to other discipline pursuant to the Rules for Lawyer Disciplinary Enforcement.

**CONDITIONAL ADMISSION GRANTED.**